IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALBERT D. GANN                                                                                    PLAINTIFF

V.                              NO. 3:10CV00061 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## ORDER

Plaintiff has filed a Motion requesting an extension to file his Appeal Brief. (Docket entry #9). The Commissioner does not oppose the Motion. Plaintiff's time for filing his Appeal Brief is hereby extended to and including September 2, 2010.

IT IS THEREFORE ORDERED THAT Plaintiff's Unopposed Motion for Extension of Time (docket entry #9) is GRANTED.

DATED this 17th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE