# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ALBERT D. GANN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 3:10CV00061 SWW |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| Commissioner, Social Security | * | |
| Administration | * | |
| | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 23rd DAY OF September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE